To Whom It May Concern:

Kindly consider

Jo██ and Ma█████ Li██ founded Liter Fertilizer in December of 1987. They both worked that business full time (over 3,000 hours annually) for over 30 years while raising a family while developing, and improving their rural community of Center, Missouri.

They achieved success over the course of time as a result of their hard work and generous spirit. Living on modest salaries and only taking bonuses when all other bills and overhead were paid, they invested their profits into new equipment and employed many people over the course of time (in a community desperately lacking in good employment opportunities).

One of those employees was Stephanie Carper.

The last several years we were in operation (once Stephanie was employed), we began noticing that the profits weren't what we thought they should be even though we were still moving over the same amount of acres and using the same amount of chemical while gaining new business. We cut bonuses and didn't update equipment, trying to save money wherever we could.

Jo██ became ill in 2009 and over the next nine years (and after the retirement of another family member) Liter Fertilizer began looking into selling the business as the company was not making the money that we thought it should. There was a question as to whether the business would support the next generation of Liters. Based upon the very narrow profit margins it was decided that the best option would be to sell the business while we could still make a profit. What we didn't know was that our income in those years was much higher than our books indicated and that millions of dollars were stolen by Ms. Carper in that time.

In negotiating the sale of the business to its current owner, Jo██ agreed to continue to work for another year after the sale of the business to ensure a smooth transition. Ja███ Li██ (Jo██ and M█████'s son) agreed to work for five more years to sustain the business to allow a smooth transition for the new owners.

If Liter's books had reflected its true profits then the family would have either a) stayed in the business or, alternatively, b) sought a much higher sale price. Not only did Liter lose money to Ms. Carper each year: Liter lost money in the sale of the company as a result. M█████ Li██ would have had a much greater amount of money to live on until her passing.

This business was built on the premise that it would be passed down for generations. J█████ worked the business full time. Jo██ passed away just months before the sale of his business (at a terribly reduced amount) was final. This created a huge amount of stress on M█████, Ja██, M█████ and their spouses.

In the meantime, Ms. Carper purchased several Alaskan cruises, a retirement home in Alabama, a farm, vehicles, equipment and other property. She recklessly spent money that our family worked for years to attain. She has shown NO remorse for anything she has done. She (and her boyfriend) have further bashed and attempted to slander our family since her arrest. She has caused sleepless nights and emotional damage for a group of people who trusted her and treated her like family. The damage done is irreparable. All that Jo██ and M█████ worked for was lost with the damage that Ms. Carper did.

We respectfully suggest that Stephanie Carper be ordered to pay back (in full) the money she stole while serving the maximum sentence allowed by law.