UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 4:21CR00305 HEA/DDN |
| vs. ) | |
| ) | |
| STEPHANIE CARPER, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO CONTINUE SENTENCING

COMES NOW Defendant, by and through her attorney and requests that the sentencing in this matter be continued from January 9, 2023 at 2:15 to the week of January 23rd and in support thereof states as follows:

1. Sentencing in this matter is currently set for 2:15 January 9, 2023 at 2:15 p.m.
2. Defense counsel was scheduled to appear before Division 7 of the Circuit Court of St. Charles County (11th Circuit) at 11:30 a.m. today in State v. Walter Klippel, Jr. Cause No. 2211-CR00709. Shortly before the time for the proceeding, the Court announced that court would be adjourned at 11:15 a.m. and the proceeding would be reset for January 9th at 1:30 p.m.
3. Defense counsel would be unable to timely attend the Carper sentencing currently set for 2:15 p.m.
4. Defense counsel called the clerk about possible moving the sentencing to later in the afternoon but was told that would not be possible and the best alternative was to request it be reset for the week of the 23rd or the 30th.
5. Defense counsel spoke to AUSA Wiseman who advised that the week of January 30th was better for him because of his current trial schedule.

WHEREFORE, Defendant requests that the sentencing be re-scheduled.

Respectfully Submitted,

RICHARD H. SINDEL, INC.

*/s/ Richard H. Sindel*
RICHARD H. SINDEL, #23406MO
Attorney for Defendant
8000 Maryland Ave., Suite 910
Clayton, MO 63105
T: (314) 721-6040

F: (314) 721-8545
rsindel@sindellaw.com

**Certificate of Service**

    The above signature certifies that a copy of the foregoing was filed electronically with the Clerk of Court and to be served by operation of the Court's electronic filing system on this 6th day of January, 2023 to all attorneys of record.

*/s/ Richard H. Sindel*
Richard H. Sindel